**Howard Dale HORNER, Appellant,**

v.

**STANDARD STATE BANK & TRUST, Respondent.**

No. WD 45726.

Missouri Court of Appeals,
Western District.

Nov. 3, 1992.

Bradley A. Constance, Independence, for appellant.

Gene A. DeLeve, David J. Weimer, Kansas City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

ORDER

PER CURIAM:

Appeal from verdict entered in favor of respondent Standard State Bank & Trust following trial to the court.

Affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Lonnie KETTERMAN, Appellant.**

No. WD 45089.

Missouri Court of Appeals,
Western District.

Nov. 3, 1992.

Craig A. Johnson, Columbia, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

ORDER

PER CURIAM.

Direct appeal from a conviction of deviate sexual assault in the first degree, a Class C Felony, in violation of § 566.070, RSMo 1986, and from a sentence of five years imprisonment.

Judgment affirmed. Rule 30.25(b).